| | |
|---|---|
| Mark W. Fidanza, Esq. (320930) | *Attorneys for Defendant* |
| Noah P. Speitel, Esq. (336210) | *Teamworks Innovations, Inc.* |
| **REED SMITH LLP** | |
| 1717 Arch Street | |
| Philadelphia, PA 19103-7301 | |
| (215) 851-8100 | |
| Fax: (215) 851-1420 | |
| mfidanza@reedsmith.com | |
| nspeitel@reedsmith.com | |

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE PHILLIES,<br><br>Plaintiff,<br><br>v.<br><br>ZELUS ANALYTICS, INC. and<br>TEAMWORKS INNOVATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:25-cv-01384 |

### NOTICE OF APPEARANCE

Kindly enter the appearance of Mark W. Fidanza on behalf of Defendant Teamworks Innovations, Inc. in the above-captioned matter.

                                                Respectfully submitted,

                                                */s/ Mark W. Fidanza*
                                                Mark W. Fidanza (320930)
                                                Noah P. Speitel (336210)
                                                **REED SMITH LLP**
                                                1717 Arch Street
                                                Philadelphia, PA 19103-7301
                                                (215) 851-8100
                                                Fax: (215) 851-1420
                                                mfidanza@reedsmith.com
                                                nspeitel@reedsmith.com

                                                *Counsel for Defendant*
Dated:  March 17, 2025                                     *Teamworks Innovations, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 17, 2025 the foregoing Notice of Appearance of Mark W. Fidanza was filed using the Court's ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Mark W. Fidanza*
Mark W. Fidanza
