## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE PHILLIES**            **Plaintiff,** <br><br> v. <br><br> **ZELUS ANALYTICS, INC.,** *et al.*           **Defendants.** | CIVIL ACTION NO. 25-1384 |

## ORDER

**AND NOW,** this 20th day of March 2025, after a telephone conference with counsel and representatives of the parties, it is hereby **ORDERED** that a hearing will be held on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction on **March 25, 2025 at 1:00 p.m.** and continuing if necessary on **March 26, 2025 at 10:00 a.m.** in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. All parties, witnesses, and counsel are attached and must appear.

It is so **ORDERED.**

                                                            **BY THE COURT:**

                                                            /s/ Cynthia M. Rufe
                                                            **CYNTHIA M. RUFE, J.**