## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE PHILLIES

      Plaintiff,

  v.

ZELUS ANALYTICS, INC. and
TEAMWORKS INNOVATIONS, INC.

      Defendant.

Civil Action

No. 2:25-cv-01384-CMR

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Phillies hereby gives notice of its voluntary dismissal of the above-captioned action without prejudice.

This matter is to be refiled in the Philadelphia Court of Common Pleas.

No answer or motion for summary judgment has been filed by either Defendant, and accordingly, dismissal without prejudice is appropriate under Rule 41(a)(1)(A)(i).

      BERGER LAW GROUP, PC

      *Phillip D. Berger*

      Phillip D. Berger, Esquire (#58942)
      919 Conestoga Road
      Building 3, Suite 114
      Bryn Mawr, PA 19010
      610-668-0774
      Berger@BergerLawPC.com

Dated: _3/23/25_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE PHILLIES

                   Plaintiff,

     v.

ZELUS ANALYTICS, INC. and
TEAMWORKS INNOVATIONS, INC.
                   Defendant.

Civil Action

No. 2:25-cv-01384-CMR

## CERTIFICATE OF SERVICE

I hereby certify that on this __23rd__ day of March, 2025, a true and correct copy of the foregoing was served upon all counsel of record via the Court's ECF system.

BERGER LAW GROUP, PC

*Phillip D. Berger*

Phillip D. Berger, Esquire (#58942)
919 Conestoga Road
Building 3, Suite 114
Bryn Mawr, PA 19010
610-668-0774
Berger@BergerLawPC.com

Dated:__3/23/25__